**Date signed August 24, 2004**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RANYA GUNTHER | : | Case No. 04-26918PM |
| | : | Chapter 7 |
| Debtor | : | |

## ADMONITION TO DEBTOR

You are hereby advised that failure to comply with the court's Notice of Deadline for Filing Statement of Intention, **on or before September 7, 2004**, may result in dismissal of your bankruptcy case under Chapter 7 with a bar to refiling for 180 days.

cc:
Ranya Gunther, 8727 Mitchell Road, LaPlata, MD 20646
Merrill Cohen, Trustee, 7101 Wisconsin Avenue, Suite 1200, Bethesda, MD 20814

**End of Admonition**